STATE OF NEW JERSEY v. PETER CORUZZI.

January 24, 1983.

Leave to appeal is granted and the order of the Appellate Division of January 10, 1983 is summarily reversed and the matter is remanded to the Appellate Division for supplementation of the record and to permit the defendant to file a *pro se* supplemental brief. Jurisdiction is not retained.

STATE OF NEW JERSEY v. JAMES LEMAN.

January 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD TATE.

January 25, 1983.

Petition for certification denied.

EDWARD SAMUELSEN v. 3530 REALTY CORPORATION.

January 25, 1983.

Petition for certification denied.